IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICOLE OLIBAS AND KELLIE BARTON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> V. <br><br> LESLIE KREIS, JOHN BARCLAY, DAVID DURHAM AND NATIVE OILFIELD SERVICES, LLC <br><br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 3:11-cv-2388-F |

**PLAINTIFFS' AMENDED APPENDIX IN SUPPORT OF THEIR MOTION
TO CONDITIONALLY CERTIFY A COLLECTIVE ACTION AND IN
SUPPORT OF THEIR REPLY TO DEFENDANTS' RESPONSE**

Pursuant to Local Rules 7.1(i) and 7.2(e), Plaintiffs file this Amended Appendix in Support of their Motion to Conditionally Certify a Collective Action and to Issue Notice. Plaintiffs also rely on this Amended Appendix in support of their Reply to Defendants' Response to Plaintiffs' Motion for Conditional Certification. Leave of Court to file this Amended Appendix was granted on April 22, 2012 (Doc. No. 21). Each page of this Appendix is numbered sequentially in the lower, right-hand corner.

**I.   DOCUMENTS IN SUPPORT OF THE MOTION TO CONDITIONALLY
CERTIFY A COLLECTIVE ACTION AND TO ISSUE NOTICE AND
REPLY TO DEFENDANTS' RESPONSE THERETO**

In support of Plaintiffs' Motion for Conditional Certification and Plaintiffs' Reply to Defendants' Response thereto, Plaintiffs rely on the pleadings and documents on file in this case, and the following evidence.

| **Exhibit** | **Document** | **Pages** |
|---|---|---|
| A | Declaration of Nicole Olibas | 1-4 |
| B | Proposed Notice | 5 |
| C | Consent to Join Form | 6 |
| D | Original Complaint | 7-14 |
| E | Defendants' Responses to Written Discovery (Select) | 15-23 |
| F | Declaration of Kellie Barton | 24-26 |
| G | Defendants' Supplemental Responses to Written Discovery (Select) | 27-30 |
| H | Plaintiffs' January 31, 2012 Request for Supplementation of Discovery Responses | 31-50 |
| I | Plaintiffs' February 13, 2012 Request for Supplementation of Discovery Responses | 51-52 |

Respectfully submitted,

BARON & BUDD, P.C. &


By:   s/Allen R. Vaught
      Allen R. Vaught
      Baron & Budd, P.C.
      State Bar No. 24004966
      3102 Oak Lawn Avenue, Suite 1100
      Dallas, Texas  75219
      (214) 521-3605 – Telephone
      (214) 520-1191 - Facsimile

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

  On April 23, 2012, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically.


            By: s/Allen R. Vaught
               Allen R. Vaught