IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICOLE OLIBAS, KELLIE BARTON, REGINALD WILLIAMS, DONNY HODKINSON, TINA MCDONALD and CAROL JOHNSON, | § § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 3:11-cv-2388-F |
| | § | |
| V. | § | |
| | § | |
| JOHN BARCLAY AND NATIVE OILFIELD SERVICES, LLC, | § § | |
| | § | |
| Defendants. | § | |
| | § | |
| REGINALD E. WILLIAMS, DONNY J. HODKINSON, TINA MCDONALD and CAROL JOHNSON on behalf of themselves and all others similarly situated, | § § § § | |
| | § | CIVIL ACTION NO. 3:11-cv-2388-F |
| Plaintiffs, | § | |
| | § | |
| V. | § | |
| | § | |
| NATIVE OILFIELD SERVICES, LLC, JOHN BARCLAY and WILL SCHMID, | § § | |
| | § | |
| Defendants. | § | |

## **O R D E R**

Pending before the Court is the Joint Motion to Dismiss Defendant Will Schmid as a

Defendant in the above-captioned lawsuit. The Parties' Motion is hereby GRANTED.

THEREFORE, it is hereby ORDERED that Defendant Will Schmid is hereby dismissed

as a Defendant in the above-captioned lawsuit with each Plaintiff and Defendant herein bearing

its/his/her own respective attorneys' fees and costs related to Schmid. This Order does not

dismiss any Defendant in this lawsuit other than Schmid, and does not dismiss the claims of any

Plaintiff in this lawsuit against any Defendant other than Schmid.


SIGNED THIS ____ DAY OF _____, 2014.



_____
Jane J. Boyle
United States District Judge