UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICOLE OLIBAS, REGINALD WILLIAMS, DONNY HODKINSON, TINA MCDONALD, and CAROL JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> NATIVE OILFIELD SERVICES, LLC and JOHN BARCLAY, <br><br> Defendants. | § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br> CIVIL ACTION NO. 3:11-CV-2388-B |
| REGINALD WILLIAMS, DONNY HODKINSON, TINA MCDONALD, and CAROL JOHNSON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIVE OILFIELD SERVICES, LLC and JOHN BARCLAY, <br><br> Defendants. | § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br> CIVIL ACTION NO. 3:11-CV-2388-B |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL
## WITH PREJUDICE OF DISPATCHER CLAIMS ONLY

Plaintiffs, Nicole Olibas ("Olibas"), Reginald Williams ("Williams"), Donny Hodkinson ("Hodkinson"), Tina McDonald ("McDonald"), and Carol Johnson ("Johnson"), and Defendants, Native Oilfield Services, LLC and John Barclay (collectively, "Parties"), have filed their Joint Motion

- 1 -

for Dismissal With Prejudice of the Dispatcher Claims Only (the "Joint Motion") (doc. 277) in the above-captioned case.

In this consolidated Fair Labor Standards Act ("FLSA") lawsuit, there are two distinct classes of Plaintiffs seeking unpaid overtime wages - Dispatchers and Drivers. The Dispatcher Lawsuit was filed on September 14, 2011 with cause number 3:11-cv-2388-F (the "Dispatcher Lawsuit) and involves only the individual FLSA claims of Plaintiffs Olibas, Williams, Hodkinson, McDonald and Johnson related to their employment by Defendants as Dispatchers. The Driver Lawsuit was filed on August 22, 2012 with cause number 3:12-cv-03196-N (the "Driver Lawsuit") and involves the individual FLSA claims of Williams, Hodkinson, McDonald and Johnson, in addition to the FLSA claims of numerous opt-in Plaintiffs, related to their employment with Defendants as Drivers. The Dispatcher Lawsuit and the Driver Lawsuit were consolidated into one action with cause number 3:11-cv-2388-F on October 5, 2012.

The Parties' Joint Motion advises the Court that the Parties have settled their disputes and causes of action arising out of the allegations made the basis of the Dispatcher Lawsuit only and that the claims, rights, and remedies arising out of the allegations made the basis of the Driver Lawsuit are ongoing and not affected, impaired, or intended to be dismissed by the Parties' Joint Motion made the subject matter of this Order. The Court, having considered the pleadings and stipulations made by and between the Parties, is of the opinion that the Joint Motion for Dismissal With Prejudice of the Dispatcher Claims Only should be granted.

**IT IS THEREFORE ORDERED** that the Joint Motion (doc. 277) is hereby **GRANTED** and that the Dispatcher claims only in the above-captioned Lawsuit are hereby dismissed with prejudice to refiling as to all disputes, causes of action, claims, and counterclaims asserted or that

could have been asserted between the Parties in the Dispatcher Lawsuit, with each party to bear their own costs and attorneys' fees. This Order does not affect, impair or dismiss the claims, rights and remedies of the Plaintiffs and opt-in Plaintiffs in the Driver Lawsuit.

**SO ORDERED.**
**Dated: December 19, 2014.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE