UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICOLE OLIBAS, REGINALD WILLIAMS, DONNY HODKINSON, TINA MCDONALD, and CAROL JOHNSON, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:11-CV-2388-B |
| NATIVE OILFIELD SERVICES, LLC and JOHN BARCLAY, | § § § | |
| Defendants. | § § | |
| REGINALD WILLIAMS, DONNY HODKINSON, TINA MCDONALD, and CAROL JOHNSON, on behalf of themselves and all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:11-CV-2388-B |
| NATIVE OILFIELD SERVICES, LLC and JOHN BARCLAY, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Final Judgment is entered pursuant to Federal Rule of Civil Procedure 58(b) and the Court's Memorandum Opinion and Order (doc. 302) dated May 8, 2015, in which the Court concluded that the Plaintiffs in the action brought by Reginald E. Williams, Donny J. Hodkinson, Tina McDonald, and Carol Johnson on behalf of themselves and others similarly situated (collectively, "Plaintiffs"), are entitled to relief on their Fair Labor Standard Act claims.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that Plaintiffs shall recover from Defendants Native Oilfield Services, LLC and John Barclay, jointly and severally, $1,673,145.00 in unpaid overtime compensation, $1,673,145.00 in liquidated damages, $371,759.59 in attorneys' fees, and $10,564.32 in costs. It is further **ORDERED** and **ADJUDGED** that Plaintiffs shall recover from Defendants Native Oilfield Services, LLC and John Barclay, jointly and severally, post-judgment interest at the rate of 0.24% per annum.

All relief not granted is hereby **DENIED**.

**SO ORDERED.**
**Dated: May 11, 2015.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE