IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICOLE OLIBAS, REGINALD WILLIAMS, DONNY HODKINSON, TINA MCDONALD and CAROL JOHNSON, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 3:11-cv-2388-B |
| NATIVE OILFIELD SERVICES, LLC and JOHN BARCLAY, | § § § § | |
| Defendants. | § § | |
| REGINALD WILLIAMS, DONNY HODKINSON, TINA MCDONALD and CAROL JOHNSON on behalf of themselves and all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 3:11-cv-2388-B |
| NATIVE OILFIELD SERVICES, LLC and JOHN BARCLAY, | § § § | |
| Defendants. | § | |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File Petition for Legal Fees and Costs After Appeal. (the "Motion," ECF No. 315). The Court having considered the Motion finds that good cause supports the relief requested by Plaintiffs. The Motion is **GRANTED.**

Accordingly, Plaintiffs' fee and cost petition is due 14 days after an amended mandate is issued or 14 days after any order of the Fifth Circuit denying fees and costs on appeal, for those

fees and costs incurred in prosecuting post-verdict matters after January 30, 2015 but before the appeal was noticed.

**SO ORDERED.**

**Dated: _____, _____16.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE